IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

1 STARR DALTON,

        Plaintiff,

v.                    CIVIL ACTION NO.  2:08-cv-00958

W.VA PAROLE BOARD, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the plaintiff's Complaint [Docket 2].  Pursuant to a 28 U.S.C. § 636(b)(1)(B) and a Standing Order, this civil case, including the above motions, was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for proposed findings of fact and recommendations for disposition. On May 19, 2009, the Magistrate Judge submitted proposed findings and made various recommendations. On June 24, 2009, the plaintiff filed timely objections to the proposed findings and recommendations ("PF&R").

The court has reviewed *de novo* those portions of the PF&R to which the plaintiff objects. Finding that those objections lack merit, the court **ADOPTS** the Magistrate Judge's proposed findings. The Complaint is **DISMISSED**.  The court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

ENTER:     December 10, 2009

Joseph R. Goodwin, Chief Judge